WEST AMERICAN INSURANCE COMPANY v. TUFCO FLOORING EAST, INC., TUFCO FLOORING SALES & SERVICE, INC. AND PERDUE FARMS INCORPORATED

No. 542PA91

(Filed 1 October 1992)

ON discretionary review, pursuant to N.C.G.S. § 7A-31, of a unanimous opinion by the Court of Appeals, 104 N.C. App. 312, 409 S.E.2d 692 (1991), affirming the judgment of *Allen (W. Steven)*, J., at the 2 July 1990 Civil Session of Superior Court, GUILFORD County. Heard in the Supreme Court 8 September 1992.

*Nichols, Caffrey, Hill, Evans & Murrelle, by William L. Stocks and Douglas E. Wright, for plaintiff-appellant.*

*Tuggle, Duggins & Meschan, by Robert C. Cone, for defendant-appellees Tufco Flooring East and Tufco Flooring Sales & Service; Brooks, Pierce, McLendon, Humphrey & Leonard, by George W. House, and Piper & Marbury, by Jeffrey F. Liss, for defendant-appellee Perdue Farms.*

DOZIER v. CRANDALL

[332 N.C. 480 (1992)]

*Elrod & Lawing, P.A., by Frederick K. Sharpless, on behalf of the Insurance Environmental Litigation Association, amicus curiae.*

*Harold W. Berry, Jr., on behalf of the North Carolina Petroleum Marketers Association, Inc., amicus curiae.*

PER CURIAM.

Discretionary review improvidently allowed.